The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TONQUIN, INC., dba JOKER PUB & GRILL, SEAN KELLY, a single person, JOSEPH HOLLENBECK and KATIE HOLLENBECK, individually and as husband and wife and the marital community composed thereof, and as Co-Guardians for C. H., C. H. and H. H., their minor children,<br><br>Defendants. | NO. 2:18-cv-01106-MJP<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**<br><br>CLERK'S ACTION REQUIRED |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff United Special Insurance Company ("USIC"), by and through its undersigned attorneys, respectfully submits this Notice of Dismissal as none of the defendants have filed an answer or motion for summary judgment.

\\

\\

\\

\\

\\

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 1
(2:18-cv-01106-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6635339.1

1     DATED this 17th day of October, 2018.

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA #36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101
Tel:     (206) 628-6600
Email: eharris@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 2
(2:18-cv-01106-MJP)

6635339.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on the below date using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 17th day of October, 2018.

*s/ Eliot M. Harris*
Eliot M. Harris, WSBA #36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101
Tel:   (206) 628-6600
Email: eharris@williamskastner.com

*Attorneys for Plaintiff*
*United Specialty Insurance Company*

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A) - 3
(2:18-cv-01106-MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6635339.1